**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | Docket No. 3:19-cr-83-FDW |
| ) | |
| **v.** ) | |
| ) | |
| **GUADELUPE YESINIA SOLORIO-VALDEZ** ) | **ORDER** |
| ) | |

This matter is before the Court on the Motion of the United States of America, with consent of Defendant Guadelupe Yesinia Solorio-Valdez, to dismiss without prejudice the charges against Defendant Guadelupe Yesinia Solorio-Valdez in the above-captioned Bill of Indictment, because she has pleaded guilty to related bill of information in 3:19-mj-178-DCK.

IT IS HEREBY ORDERED that the motion be GRANTED and that the charges against Defendant Guadelupe Yesinia Solorio-Valdez in the above-captioned Bill of Indictment be dismissed without prejudice.

SO ORDERED this 4th day of September 2019.

Frank D. Whitney
Chief United States District Judge